**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>**Eastern District of Virginia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Katumbh, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**Katumbh, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**20-4238996** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**530 E. Washington Street**<br>**Petersburg, VA**<br>ZIP CODE **23803** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**City of Petersburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

Lodging

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Katumbh, LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:     Eastern District of Virginia | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐      Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐      Yes, and Exhibit C is attached and made a part of this petition.

☑      No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐      Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | **Katumbh, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
    Telephone Number (if not represented by attorney)

_____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
    (Printed Name of Foreign Representative)

_____
    Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |

**Signature of Attorney\***

X   **/s/ Alexander Hamilton Ayers**
_____
Signature of Attorney for Debtor(s)
    **Alexander Hamilton Ayers**
Printed Name of Attorney for Debtor(s)
    **Ayers & Stolte, PC**
Firm Name
    **710 N. Hamilton St., Suite 300**
Address
    **Richmond, VA 23221**
_____

    **804-358-4731**
Telephone Number
    **3/3/2011**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** |

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Kulvinder K. Singh**
_____
Signature of Authorized Individual
    **Kulvinder K. Singh**
Printed Name of Authorized Individual
    **Managing Member**
Title of Authorized Individual
    **3/3/2011**
Date

# LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

By: <u>Katumbh, LLC</u>
(Limited Liability Company)
<u>530 East Washington St.</u>
(Address)
<u>Petersburg, Virginia 23803</u>
(City, State and Zip Code)

A. I, <u>Kulvinder K. Singh</u> certify that I am the Managing Member of the above named limited liability company organized under the laws of the <u>Commonwealth of Virginia</u> Federal Employer I.D. Number <u>20-4238996</u>, engaged in business under the trade name of <u>Travelodge Motel</u>, and that the following is the resolution adopted by the sole member of this limited liability company on <u>March 2, 2011</u>. These resolutions have not been rescinded or modified.

B. Be it resolved that,

(1) Katumbh, LLC is authorized to file for Chapter 11 Bankruptcy on or about Thursday March 3, 2011.
(2) This resolution shall continue to be in effect until express written notice of its rescission or modification has been received.

C. If indicated, any person listed below (subject to any expressed restrictions) is authorized to:

| Name and Title | Signature | Facsimile Signature (if used) |
|---|---|---|
| (A) Kulvinder K. Singh, Manager | | |
| (B) | | |
| (C) | | |
| (D) | | |

Indicate A, B, C and/or D

<u>      A      </u> (1) Exercise all of the powers listed in (1) and (2).

D. I further certify that Kulvinder K. Singh, at the time of adoption of this resolution, had full power and lawful authority to adopt the foregoing resolution and to confer the powers granted to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this corporation on

*Kulvinder K. Singh*
Kulvinder K. Singh, Manager

(Page 1 of 1)

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

| In re **KATUMBH, LLC,** | ) | Case No. |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

## List of Creditors Holding 20 Largest unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and Address | Claim Contact | Nature of Claim | Claim Status | Amount of Claim |
| --- | --- | --- | --- | --- |
| Travelodge Hotels, Inc.<br>22 Sylvan Way<br>Parsippany, NJ 07054 | 951-491-6519<br>Daren Thoron | Franchise Agreement | Liquidated | $44,691.64 |
| Market America<br>P.O. Box 7219<br>Gadsden, AL 35906 | 256-442-4321 | marketing Services | Liquidated | $1,485.00 |
| Petersburg Alarm Co.<br>1801 Old Bermuda Hundred Rd<br>Chester, VA 23836-5516 | 804-717-9000 | Security | Liquidated | $156.00 |
| Brightpages Yellow Pages<br>P.O. Box 15732<br>Wilmington, DE 19850-5132 | 856-797-5983 | Listings | Liquidated | $231.00 |
| Comcast Communications<br>2033 E. Whitehill Road<br>Prince George, VA 23875-1249 | None | Phone service | Liquidated | $834.05 |
| Citi Financial<br>3330 S. Crater Road, Suite 9A<br>Petersburg, VA 23805-9277 | 804-788-5471 | Credit | Liquidated | $282.48 |

| | | | | |
|---|---|---|---|---|
| City of Petersburg (Utilities)<br>215 Low St.<br>Petersburg, VA 23803 | 804-733-2349 | Water and Sewage | Liquidated | $3,891.77 |
| HD Supply Facilities Maintenance, Ltd.<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | 800-798-8888 | Supplies | Liquidated | $516.77 |
| Thyssen Krupp Elevator Corp.<br>P.O. Box 933007<br>Atlanta, GA 31193-3007 | 804-355-9792 | Elevator Service | Liquidated | $2,568.00 |
| Orkin<br>11147 Air Park Rd, Suite 3<br>Ashland, VA 23005 | Don McCall<br>804-798-2890 | Pest Control | Liquidated | $476.66 |
| Dominion Power<br>P.O. Box 26543<br>Richmond, VA 23290-0001 | None | Electricity | Liquidated | $15,369.69 |
| City of Petersburg City Treasurer<br>P.O. Box 1271<br>Petersburg, VA 23804 | 804-733-2318<br>Kevin Brown | Taxes | Liquidated | $29,602.23 |
| Commonwealth of Virginia Department of Taxation<br><br>P.O. Box 903<br>Prince George, VA 23875 | 434-246-5312<br>Richard<br>Johnson | Taxes | Liquidated | $26,531.19 |

Date: 3/3/2011

/s/ Kulvinder K. Singh
Kulvinder K. Singh, Managing Member

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF KATUMBH, LLC

  I, Kulvinder K. Singh, the Managing Member of Katumbh, LLC, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 3/3/2011         /s/ Kulvinder K. Singh      
                  Kulvinder K. Singh, Managing Member

# Katumbh Inc
## Balance Sheet
### As of December 31, 2010

|  | Dec 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking Account** | -964.50 |
| **Total Checking/Savings** | -964.50 |
| **Other Current Assets** | |
| **Security Deposit** | 10,000.00 |
| **Total Other Current Assets** | 10,000.00 |
| **Total Current Assets** | 9,035.50 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -222,030.00 |
| **Buildings and Improvements** | 1,488,366.00 |
| **Furniture and Equipment** | 369,078.48 |
| **Land** | 500,000.00 |
| **Loan Costs** | 66,453.00 |
| **Total Fixed Assets** | 2,201,867.48 |
| **TOTAL ASSETS** | 2,210,902.98 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Taxes Payable** | 38,100.00 |
| **Total Other Current Liabilities** | 38,100.00 |
| **Total Current Liabilities** | 38,100.00 |
| **Long Term Liabilities** | |
| **Mortgage Payable** | 1,790,436.46 |
| **Total Long Term Liabilities** | 1,790,436.46 |
| **Total Liabilities** | 1,828,536.46 |
| **Equity** | |
| **Capital Stock** | 10,000.00 |
| **Paid in Capital** | 369,053.00 |
| **Retained Earnings** | 182,803.06 |
| **Shareholder Distributions** | -215,001.71 |
| **Net Income** | 35,512.17 |
| **Total Equity** | 382,366.52 |
| **TOTAL LIABILITIES & EQUITY** | 2,210,902.98 |

# Katumbh Inc
## Profit & Loss
### January through December 2010

|                                     | Jan - Dec 10 |
|-------------------------------------|-------------:|
| **Ordinary Income/Expense**         |              |
| **Income**                          |              |
| Lodging Sales                       |   499,375.48 |
| **Total Income**                    |   499,375.48 |
| **Cost of Goods Sold**              |              |
| Purchases-COGS                      |    31,678.99 |
| Purchases - Lodging Supplies        |    10,075.78 |
| **Total COGS**                      |    41,754.77 |
| **Gross Profit**                    |   457,620.71 |
| **Expense**                         |              |
| Advertising and Promotion           |     2,485.00 |
| Automobile Expense                  |    11,484.14 |
| Bank Service Charges                |     2,054.37 |
| Cable Expense                       |    11,509.57 |
| Credit Card Payments                |     1,529.91 |
| Insurance Expense                   |    12,051.14 |
| Interest Expense                    |   103,285.17 |
| Lease Expense                       |    46,055.91 |
| Loan Payments                       |       700.00 |
| Lodging Sales Tax                   |     7,236.30 |
| Miscellaneous                       |     4,011.00 |
| Office Supplies                     |       335.43 |
| Outside Help                        |       300.00 |
| Payroll Expenses                    |    84,087.42 |
| Professional Fees                   |     5,073.05 |
| Property-tax                        |    13,490.23 |
| Repairs and Maintenance             |    30,088.31 |
| Security Expense                    |       429.96 |
| Small Tools and Equipment           |     1,475.36 |
| Supplies                            |     1,549.95 |
| Taxes                               |    21,788.74 |
| Telephone Expense                   |     6,071.64 |
| Trash Removal                       |     1,197.77 |
| Travel Expense                      |       450.40 |
| Utilities                           |    53,367.77 |
| **Total Expense**                   |   422,108.54 |
| **Net Ordinary Income**             |    35,512.17 |
| **Net Income**                      |    35,512.17 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF KATUMBH, LLC

I, Kulvinder K. Singh, the Managing Member of Katumbh, LLC, named as the debtor in this case, declare under penalty of perjury that there is no Cash-Flow Statement available at this time.

Date: 3/3/2011

/s/ Kulvinder K. Singh
Kulvinder K. Singh, Managing Member

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

G Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
G See separate instructions.

OMB No. 1545-0130

**2009**

For calendar year 2009 or tax year beginning , 2009, ending ,

| A S election effective date | Use IRS label. Other- wise, print or type. | KATUMBH, INC TRAVELODGE 530 E. WASHINGTON STREET PETERSBURG, VA 23803 | D Employer identification number |
|---|---|---|---|
| 1/01/2007 | | | 20-4238996 |
| B Business activity code number (see instrs) | | | E Date incorporated |
| 721110 | | | 2/14/2006 |
| C Check if Sch M-3 attached ☐ | | | F Total assets (see instructions) $ 2,195,688. |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not previously filed

H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change
(4) ☐ Amended return (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . G **2**

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales **737,066.** b Less returns and allowances **2,485.** c Bal G | 1c | 734,581. |
| | 2 Cost of goods sold (Schedule A, line 8) | 2 | 110,254. |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 624,327. |
| | 4 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| | 5 Other income (loss) (attach statement) | 5 | |
| | 6 Total income (loss). Add lines 3 through 5 . . . . . . . . . . . . . . . . G | 6 | 624,327. |
| **D E D U C T I O N S    S E E   I N S T R S** | 7 Compensation of officers | 7 | 36,240. |
| | 8 Salaries and wages (less employment credits) | 8 | 57,586. |
| | 9 Repairs and maintenance | 9 | 21,923. |
| | 10 Bad debts | 10 | |
| | 11 Rents | 11 | |
| | 12 Taxes and licenses | 12 | 78,242. |
| | 13 Interest | 13 | 134,208. |
| | 14 Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 64,513. |
| | 15 Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 Advertising | 16 | 2,524. |
| | 17 Pension, profit-sharing, etc, plans | 17 | |
| | 18 Employee benefit programs | 18 | |
| | 19 Other deductions (attach statement) **SEE STATEMENT 1** | 19 | 212,088. |
| | 20 Total deductions. Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . G | 20 | 607,324. |
| | 21 Ordinary business income (loss). Subtract line 20 from line 6 | 21 | 17,003. |

| **T A X    A N D    P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax (see instructions) | 22a | | 22c | |
|---|---|---|---|---|---|
| | b Tax from Schedule D (Form 1120S) | 22b | | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| | 23a 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | | | |
| | b Tax deposited with Form 7004 | 23b | | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| | d Add lines 23a through 23c | | | 23d | |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . G ☐ | | | 24 | |
| | 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | 0. |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| | 27 Enter amount from line 26 Credited to 2010 estimated tax | Refunded | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

A Kulvinder K. Singh | Signature of officer | Date | A Pve. Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

| **Paid Preparer's Use Only** | Preparer's signature | A . | Date | Check if self-employed ☐ | Preparer's SSN or PTIN P00184011 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | A FOCUS FINANCIAL GROUP, INC. 1100 BOULDERS PKWY, STE 620 RICHMOND, VA 23225-4070 | | EIN 26-3224077 Phone no. | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

SPSA0105L  12/16/09

Form 1120S (2009)

## Schedule A  Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 110,254. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 110,254. |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 110,254. |

9a Check all methods used for valuing closing inventory:
    (i) ☐ Cost as described in Regulations section 1.471-3
    (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
    (iii) ☐ Other (Specify method used and attach explanation.)

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . . . . . . . . . . . . . . . . . . G ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . . . . G ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO . . . . . . . . . . . . | 9d |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . . . . . . . . . . . . ☐ Yes ☐ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . ☐ Yes ☐ No

## Schedule B  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) G _____ | | |
| 2 | See the instructions and enter the: <br> a Business activity G **HOTEL/MOTEL** _____    b Product or service .. G **SERVICES** _____ | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . G ☐ <br> If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years . . . . . . . . . . . . . . . . . . . . . . G $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year . . . . . . . . $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 . . . . . . . . . . . . . . . . . . | | X |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 17,003. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| I N C O M E (L O S S) | 4 | Interest income | 4 | |
| | 5 | Dividends:   a Ordinary dividends | 5a | |
| | |      b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . . . . . . Type G | 10 | |

SPSA0112L  12/16/09

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deduc-tions** | 11 Section 179 deduction *(attach Form 4562)* | 11 | |
| | 12a Contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type G_____ (2) Amount G | 12c (2) | |
| | d Other deductions *(see instructions)* Type G | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | 13c | |
| | d Other rental real estate credits *(see instrs)* Type G | 13d | |
| | e Other rental credits *(see instrs)* Type G_____ | 13e | |
| | f Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)* | 13f | |
| | g Other credits *(see instructions)* Type G | 13g | |
| **Foreign Trans-actions** | 14a Name of country or U.S. possession G_____ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | *Foreign gross income sourced at corporate level* | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other *(attach statement)* | 14f | |
| | *Deductions allocated and apportioned at shareholder level* | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other *(attach statement)* | 14k | |
| | *Other information* | | |
| | l Total foreign taxes (check one): G ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit *(attach statement)* | 14m | |
| | n Other foreign tax information *(attach statement)* | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | -536. |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties ' gross income | 15d | |
| | e Oil, gas, and geothermal properties ' deductions | 15e | |
| | f Other AMT items *(attach statement)* | 15f | |
| **Items Affec-ting Share-holder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | 60,000. |
| | e Repayment of loans from shareholders | 16e | |
| **Other Inform-ation** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts *(attach statement)* | | |
| **Recon-ciliation** | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | 17,003. |

SPSA0134L  12/16/09

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 18,395. | | 11,320. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt) | | | | |
| 7 Loans to shareholders | | | | 197,845. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 1,564,145. | | 1,632,100. | |
| b Less accumulated depreciation | 156,686. | 1,407,459. | 221,199. | 1,410,901. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | 500,000. | | 500,000. |
| 13a Intangible assets (amortizable only) | | | 66,453. | |
| b Less accumulated amortization | | | 831. | 65,622. |
| 14 Other assets (attach stmt) .... SEE ST 2 | | 10,000. | | 10,000. |
| 15 Total assets | | 1,935,854. | | 2,195,688. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt) .. SEE ST 3 | | 13,580. | | 21,641. |
| 19 Loans from shareholders | | 80,388. | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 1,465,842. | | 1,841,000. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 10,000. | | 10,000. |
| 23 Additional paid-in capital | | 369,053. | | 369,053. |
| 24 Retained earnings | | -3,009. | | -46,006. |
| 25 Adjustments to shareholders' equity (attach stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 1,935,854. | | 2,195,688. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more ˙ see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 17,003. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| a Depreciation ....... $ _ _ _ _ _ _ _ _ _ | | a Depreciation .... $ _ _ _ _ _ _ _ _ _ | | |
| b Travel and entertainment . $ _ _ _ _ _ _ | | 7 Add lines 5 and 6 | | 0. |
| 4 Add lines 1 through 3 | 17,003. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | 17,003. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 50,049. | | |
| 2 Ordinary income from page 1, line 21 | 17,003. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | | | |
| 5 Other reductions | | | |
| 6 Combine lines 1 through 5 | 67,052. | | |
| 7 Distributions other than dividend distributions | 60,000. | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 7,052. | | |

671109

☐ Final K-1          ☐ Amended K-1          OMB No. 1545-0130

## Schedule K-1
(Form 1120S)

**2009**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____, 2009
ending _____, _____

### Shareholder's Share of Income, Deductions, Credits, etc.   G See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
**20-4238996**

**B** Corporation's name, address, city, state, and ZIP code
**KATUMBH, INC**
**TRAVELODGE**
**530 E. WASHINGTON STREET**
**PETERSBURG, VA 23803**

**C** IRS Center where corporation filed return
**CINCINNATI, OH**

| **Part II** | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
**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**

**E** Shareholder's name, address, city, state, and ZIP code
**KULWINDER SINGH**
**530 E. WASHINGTON STREET**
**PETERSBURG, VA 23803**

**F** Shareholder's percentage of stock
ownership for tax year.................... **97 %**

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **16,493.** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items **A** **-520.** |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis **D** **60,000.** |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.          Schedule K-1 (Form 1120S) 2009

**SHAREHOLDER 1**

SPSA0412L  12/15/09

**Depreciation and Amortization**
(Including Information on Listed Property)

G See separate instructions.    G Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment
Sequence No. **67**

Name(s) shown on return
**KATUMBH, INC**

Identifying number
**20-4238996**

Business or activity to which this form relates
**FORM 1120S**

| Part I | Election To Expense Certain Property Under Section 179 |
|---|---|

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | **$250,000.** |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | **$800,000.** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ....... G | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

| Part II | Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | **35,655.** |

| Part III | MACRS Depreciation (Do not include listed property.) (See instructions) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | **22,062.** |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ................................................................... G ☐ | | |

**Section B '  Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only   see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | **67,955.** | **10** | **HY** | **200DB** | **6,796.** |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | **25 yrs** | | **S/L** | |
| h Residential rental property | | | **27.5 yrs** | **MM** | **S/L** | |
| | | | **27.5 yrs** | **MM** | **S/L** | |
| i Nonresidential real property | | | **39 yrs** | **MM** | **S/L** | |
| | | | | **MM** | **S/L** | |

**Section C '  Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | **S/L** | |
| b 12-year | | | **12 yrs** | | **S/L** | |
| c 40-year | | | **40 yrs** | **MM** | **S/L** | |

| Part IV | Summary (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations '  see instructions | 22 | **64,513.** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.        FDIZ0812L 07/07/09        Form 4562 (2009)

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

Section A ' Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)

| 24 a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If 'Yes,' is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) .......................... 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1.................. 28 | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ....................................... | | | | | | | 29 | |

Section B ' Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles)..................... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ..................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32........................ | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?.......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?.......................... | | | | | | | | | | | | |

Section C ' Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................................................................ | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners............... | | |
| 39 Do you treat all use of vehicles by employees as personal use?........................... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?................................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) .................. | | |
| Note: *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.* | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| **LOAN COSTS** | **9/19/09** | **66,453.** | | **20** | **831.** |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year.......................... 43 | | | | | |
| 44 Total. Add amounts in column (f). See the instructions for where to report............. 44 | | | | | **831.** |

STATEMENT 1
FORM 1120S, LINE 19
OTHER DEDUCTIONS

| | |
|---|---:|
| AMORTIZATION | $ 831. |
| AUTO AND TRUCK EXPENSE | 14,709. |
| BANK CHARGES | 2,312. |
| CABLE/TV | 7,107. |
| COMPUTER SERVICE AND SUPPLIES | 2,045. |
| DUES AND SUBSCRIPTIONS | 1,055. |
| EQUIPMENT LEASE | 11,352. |
| INSURANCE | 28,532. |
| LEGAL AND PROFESSIONAL | 5,787. |
| MISCELLANEOUS | 14,069. |
| OFFICE EXPENSE | 3,966. |
| OUTSIDE CONSULTANTS | 3,200. |
| ROYALTIES | 34,109. |
| SECURITY | 1,393. |
| TELEPHONE | 12,829. |
| TRASH REMOVAL | 3,592. |
| TRAVEL | 4,308. |
| UTILITIES | 60,892. |
| **TOTAL** | **$ 212,088.** |

STATEMENT 2
FORM 1120S, SCHEDULE L, LINE 14
OTHER ASSETS

| | BEGINNING | ENDING |
|---|---:|---:|
| SECURITY DEPOSITS | $ 10,000. | $ 10,000. |
| **TOTAL** | **$ 10,000.** | **$ 10,000.** |

STATEMENT 3
FORM 1120S, SCHEDULE L, LINE 18
OTHER CURRENT LIABILITIES

| | BEGINNING | ENDING |
|---|---:|---:|
| ACCRUED PAYABLES | $ 13,580. | $ 21,641. |
| **TOTAL** | **$ 13,580.** | **$ 21,641.** |

| CLIENT KATUMBH | KATUMBH, INC | 20-4238996 |

1/26/11                                                                    01:39PM

FORMS NEEDED FOR THIS RETURN

**FEDERAL:  1120S,  SCH K-1,  4562**
**VIRGINIA:  502,  SCH VK-1**

CARRYOVERS TO 2010

**NONE**

COMPUTATION OF ENDING DEPRECIABLE ASSETS
FORM 1120S, SCHEDULE L, LINE 10A

| | |
|---|---:|
| **BEGINNING DEPRECIABLE ASSETS** | **1,564,145.** |
| **DEPRECIABLE ASSETS PLACED IN SERVICE IN CURRENT YEAR** | **67,955.** |
| **DEPRECIABLE ASSETS SOLD DURING THE CURRENT YEAR** | **0.** |
| **ENDING BUILDINGS AND OTHER DEPRECIABLE ASSETS** | **1,632,100.** |

COMPUTATION OF ENDING ACCUMULATED DEPRECIATION
FORM 1120S, SCHEDULE L, LINE 10B

| | |
|---|---:|
| **BEGINNING BALANCE OF ACCUMULATED DEPRECIATION** | **156,686.** |
| **CURRENT YEAR BOOK DEPRECIATION** | **64,513.** |
| **ACCUMULATED DEPRECIATION ON ASSETS SOLD THIS YEAR** | **0.** |
| **ENDING ACCUMULATED DEPRECIATION** | **221,199.** |

COMPUTATION OF ENDING INTANGIBLE ASSETS
FORM 1120S, SCHEDULE L, LINE 13A

| | |
|---|---:|
| **BEGINNING INTANGIBLE ASSETS** | **0.** |
| **INTANGIBLE ASSETS PLACED IN SERVICE IN CURRENT YEAR** | **66,453.** |
| **INTANGIBLE ASSETS SOLD DURING THE CURRENT YEAR** | **0.** |
| **ENDING INTANGIBLE ASSETS** | **66,453.** |

COMPUTATION OF ENDING ACCUMULATED AMORTIZATION
FORM 1120S, SCHEDULE L, LINE 13B

| | |
|---|---:|
| **BEGINNING BALANCE OF ACCUMULATED AMORTIZATION** | **0.** |
| **CURRENT YEAR BOOK AMORTIZATION** | **831.** |
| **ACCUMULATED AMORTIZATION ON ASSETS SOLD THIS YEAR** | **0.** |
| **ENDING ACCUMULATED AMORTIZATION** | **831.** |

RECONCILIATION OF RETAINED EARNINGS
FORM 1120S, SCHEDULE L, LINE 24

| | |
|---|---:|
| **BEGINNING RETAINED EARNINGS, SCH. L, LINE 24** | **-3,009.** |
| **NET INCOME (LOSS) PER BOOKS (SCH. M-1, LINE 1)** | **17,003.** |
| **DISTRIBUTIONS:** | |
| **ACCUMULATED ADJUSTMENTS ACCOUNT** | **-60,000.** |
| **ENDING RETAINED EARNINGS, SCHEDULE L, LINE 24** | **-46,006.** |

CLIENT KATUMBH       KATUMBH, INC       20-4238996
1/26/11       01:39PM

## RECONCILIATION OF SCHEDULE M-2 ENDING BALANCE TO RETAINED EARNINGS (SCHEDULE L)

SCHEDULE M-2 ENDING BALANCES:

| | | |
|---|---|---|
| 1. | Accumulated Adjustments Account (Schedule M-2, Line 8(a)) | **7,052.** |
| 2. | Other Adjustments Account (Schedule M-2, Line 8(b)) | |
| 3. | Shareholder's Previously Taxed Income (Schedule M-2, Line 8(c)) | |
| 4. | TOTAL ENDING BALANCE - SCHEDULE M-2 (add lines 1-3)   A | **7,052.** |

ADDITIONS:

| | | |
|---|---|---|
| 5. | Other Retained Earnings - Ending Balance | |
| 6. | Adjustment on oil and gas depletion (Schedule M-1 vs. AAA) | |

TIMING DIFFERENCES SUBTRACTED FROM NET INCOME PER BOOKS (from Schedule M-1, Lines 5 and 6):

| | | |
|---|---|---|
| 7. | Depreciation on Schedule K not included on books | |
| 8. | Amortization on Schedule K not included on books | |
| 9. | Gain (loss) on disposition of assets | |
| 10. | State tax on Schedule K not included on books | |
| 11. | Other Timing Differences Subtracted from Net Income Per Books: | |
| 12. | TOTAL ADDITIONS (add lines 5 - 11)   A | |

SUBTRACTIONS:

TIMING DIFFERENCES ADDED TO NET INCOME PER BOOKS (from Schedule M-1, Lines 2 and 3):

| | | | |
|---|---|---|---|
| 13. | Depreciation on books not included on Schedule K | | |
| 14. | Amortization on books not included on Schedule K | | |
| 15. | Gain (loss) on disposition of assets | | |
| 16. | State tax on books not included on Schedule K | | |
| 17. | Other Timing Differences Added to Net Income Per Books: | | |
| 18. | TOTAL SUBTRACTIONS (add lines 13 - 17)   A | | |
| 19. | Beginning Balance - Retained Earnings (Schedule L, Line 24(b)) | -3,009. | |
| 20. | Beginning Balance - Schedule M-2 and Other Retained Earnings | 50,049. | |
| 21. | PRIOR YEAR TIMING DIFFERENCES AND ADJUSTMENTS (Line 19 minus Line 20)   A | | -53,058. |
| 22. | OTHER ADJUSTMENTS   A | | |
| 23. | TOTAL DIFFERENCE BETWEEN SCHEDULE M-2 AND RETAINED EARNINGS (line 12 less line 18, plus line 21 and 22)   A | | -53,058. |
| 24. | TOTAL RETAINED EARNINGS (SCHEDULE L) - ENDING BALANCE (combine lines 4 and 23)   A | | -46,006. |

SPSL0401L 07/21/03

CLIENT KATUMBH              KATUMBH, INC              20-4238996

1/26/11                                                              01:39PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179/ SDA | PRIOR 179/ SDA/ DEPR. | METHOD | LIFE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120S** | | | | | | | | | | |
| | AMORTIZATION | | | | | | | | | |
| 7 | LOAN COSTS | 9/19/09 | | 66,453 | | | | S/L | 20 | 831 |
| | TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | | | 831 |
| | BUILDINGS | | | | | | | | | |
| 1 | BUILDING | 8/01/06 | | 1,408,366 | | | 84,675 | S/L | 39.5 | 35,655 |
| | TOTAL BUILDINGS | | | 1,408,366 | | 0 | 84,675 | | | 35,655 |
| | FURNITURE AND FIXTURES | | | | | | | | | |
| 2 | FF&E | 8/01/06 | | 40,000 | | | 19,278 | 200DB HY | 7 | 4,461 |
| 4 | FF&E | 7/17/07 | | 58,279 | | | 22,601 | 200DB HY | 7 | 10,193 |
| 5 | FF&E | 5/05/08 | | 17,500 | | | 10,500 | 200DB HY | 5 | 2,800 |
| 6 | FURNITURE | 9/19/09 | | 67,955 | | | | 200DB HY | 10 | 6,796 |
| | TOTAL FURNITURE AND FIXTURE | | | 183,734 | | 0 | 52,379 | | | 24,250 |
| | MACHINERY AND EQUIPMENT | | | | | | | | | |
| 3 | EQUIPMENT | 8/01/06 | | 40,000 | | | 20,480 | 200DB HY | 5 | 4,608 |
| | TOTAL MACHINERY AND EQUIPME | | | 40,000 | | 0 | 20,480 | | | 4,608 |
| | TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 157,534 | | | 64,513 |
| | GRAND TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | | | 831 |
| | GRAND TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 157,534 | | | 64,513 |

CLIENT KATUMBH      KATUMBH, INC      20-4238996

1/26/11      01:39PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120S** | | | | | | | | | | | | | | | | |
| **AMORTIZATION** | | | | | | | | | | | | | | | | |
| 7 | LOAN COSTS | 9/19/09 | | 66,453 | | | | | | | 66,453 | | S/L | 20 | | 831 |
| | TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | 0 | 0 | 0 | 66,453 | 0 | | | | 831 |
| **BUILDINGS** | | | | | | | | | | | | | | | | |
| 1 | BUILDING | 8/01/06 | | 1,408,366 | | | | | | | 1,408,366 | 84,675 | S/L | 39.5 | | 35,655 |
| | TOTAL BUILDINGS | | | 1,408,366 | | 0 | 0 | 0 | 0 | 0 | 1,408,366 | 84,675 | | | | 35,655 |
| **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | | | |
| 2 | FF&E | 8/01/06 | | 40,000 | | | | | 4,284 | | 35,716 | 14,994 | 200DB HY | 7 | .12490 | 4,461 |
| 4 | FF&E | 7/17/07 | | 58,279 | | | | | | | 58,279 | 22,601 | 200DB HY | 7 | .17490 | 10,193 |
| 5 | FF&E | 5/05/08 | | 17,500 | | | | 8,750 | | | 8,750 | 1,750 | 200DB HY | 5 | .32000 | 2,800 |
| 6 | FURNITURE | 9/19/09 | | 67,955 | | | | | | | 67,955 | | 200DB HY | 10 | .10000 | 6,796 |
| | TOTAL FURNITURE AND FIXTURE | | | 183,734 | | 0 | 0 | 8,750 | 4,284 | 0 | 170,700 | 39,345 | | | | 24,250 |
| **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | | |
| 3 | EQUIPMENT | 8/01/06 | | 40,000 | | | | | | | 40,000 | 20,480 | 200DB HY | 5 | .11520 | 4,608 |
| | TOTAL MACHINERY AND EQUIPME | | | 40,000 | | 0 | 0 | 0 | 0 | 0 | 40,000 | 20,480 | | | | 4,608 |
| | TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 0 | 8,750 | 4,284 | 0 | 1,619,066 | 144,500 | | | | 64,513 |

CLIENT KATUMBH        KATUMBH, INC        20-4238996

1/26/11        01:39PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | 0 | 0 | 0 | 66,453 | 0 | | | | 831 |
| | GRAND TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 0 | 8,750 | 4,284 | 0 | 1,619,066 | 144,500 | | | | 64,513 |

CLIENT KATUMBH                              KATUMBH, INC                              20-4238996

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWN PCT | POST-86 DEPR ADJ | REAL PROP PREF. | LEAS PER PROP PREF | 59 (E)(2) AMORT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120S** | | | | | | | | | | | | | | | |
| **BUILDINGS** | | | | | | | | | | | | | | | |
| 1 | BUILDING | 8/01/06 | | 1,408,366 | | | | | 35,655 | 35,655 | | | | | 0 |
| | TOTAL BUILDINGS | | | 1,408,366 | 0 | | | | 35,655 | 35,655 | | 0 | 0 | 0 | 0 |
| **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | | |
| 2 | FF&E | 8/01/06 | | 35,716 | 12,200 | 150DB HY | 7 | .12250 | 4,375 | 4,461 | | 86 | | | 0 |
| 4 | FF&E | 7/17/07 | | 58,279 | 17,391 | 150DB HY | 7 | .15030 | 8,759 | 10,193 | | 1,434 | | | 0 |
| 5 | FF&E | 5/05/08 | | 8,750 | 1,750 | 200DB HY | 5 | .32000 | 2,800 | 2,800 | | | | | 0 |
| 6 | FURNITURE | 9/19/09 | | 67,955 | | 200DB HY | 10 | .10000 | 6,796 | 6,796 | | | | | 0 |
| | TOTAL FURNITURE AND FIXTURE | | | 170,700 | 31,341 | | | | 22,730 | 24,250 | | 1,520 | 0 | 0 | 0 |
| **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | |
| 3 | EQUIPMENT | 8/01/06 | | 40,000 | 17,340 | 150DB HY | 5 | .16660 | 6,664 | 4,608 | | -2,056 | | | 0 |
| | TOTAL MACHINERY AND EQUIPME | | | 40,000 | 17,340 | | | | 6,664 | 4,608 | | -2,056 | 0 | 0 | 0 |
| | TOTAL DEPRECIATION | | | 1,619,066 | 48,681 | | | | 65,049 | 64,513 | | -536 | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 1,619,066 | 48,681 | | | | 65,049 | 64,513 | | -536 | 0 | 0 | 0 |

CLIENT KATUMBH      KATUMBH, INC      20-4238996

1/26/11      01:39PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FORM 1120S** | | | | | | | | | | | | | | | | |
| **AMORTIZATION** | | | | | | | | | | | | | | | | |
| 7 | LOAN COSTS | 9/19/09 | | 66,453 | | | | | | | 66,453 | | S/L | 20 | | 831 |
| | TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | 0 | 0 | 0 | 66,453 | 0 | | | | 831 |
| **BUILDINGS** | | | | | | | | | | | | | | | | |
| 1 | BUILDING | 8/01/06 | | 1,408,366 | | | | | | | 1,408,366 | 84,675 | S/L | 39.5 | | 35,655 |
| | TOTAL BUILDINGS | | | 1,408,366 | | 0 | 0 | 0 | 0 | 0 | 1,408,366 | 84,675 | | | | 35,655 |
| **FURNITURE AND FIXTURES** | | | | | | | | | | | | | | | | |
| 2 | FF&E | 8/01/06 | | 40,000 | | | | | 4,284 | | 35,716 | 14,994 | 200DB HY | 7 | .12490 | 4,461 |
| 4 | FF&E | 7/17/07 | | 58,279 | | | | | | | 58,279 | 22,601 | 200DB HY | 7 | .17490 | 10,193 |
| 5 | FF&E | 5/05/08 | | 17,500 | | | | | | | 17,500 | 3,500 | 200DB HY | 5 | .32000 | 5,600 |
| 6 | FURNITURE | 9/19/09 | | 67,955 | | | | | | | 67,955 | | 200DB HY | 10 | .10000 | 6,796 |
| | TOTAL FURNITURE AND FIXTURE | | | 183,734 | | 0 | 0 | 0 | 4,284 | 0 | 179,450 | 41,095 | | | | 27,050 |
| **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | | |
| 3 | EQUIPMENT | 8/01/06 | | 40,000 | | | | | | | 40,000 | 20,480 | 200DB HY | 5 | .11520 | 4,608 |
| | TOTAL MACHINERY AND EQUIPME | | | 40,000 | | 0 | 0 | 0 | 0 | 0 | 40,000 | 20,480 | | | | 4,608 |
| | TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 0 | 0 | 4,284 | 0 | 1,627,816 | 146,250 | | | | 67,313 |

CLIENT KATUMBH                            KATUMBH, INC                                20-4238996

1/26/11                                                                              01:39PM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GRAND TOTAL AMORTIZATION | | | 66,453 | | 0 | 0 | 0 | 0 | 0 | 66,453 | 0 | | | | 831 |
| | GRAND TOTAL DEPRECIATION | | | 1,632,100 | | 0 | 0 | 0 | 4,284 | 0 | 1,627,816 | 146,250 | | | | 67,313 |

| Schedule K-1 | **2009** | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax

year beginning _____ , 2009

ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc.  G See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |

**A** Corporation's employer identification number
**20-4238996**

**B** Corporation's name, address, city, state, and ZIP code
**KATUMBH, INC**
**TRAVELODGE**
**530 E. WASHINGTON STREET**
**PETERSBURG, VA 23803**

**C** IRS Center where corporation filed return
**CINCINNATI, OH**

| **Part II** | Information About the Shareholder |

**D** Shareholder's identifying number
**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**

**E** Shareholder's name, address, city, state, and ZIP code
**SANTOKH SINGH**
**530 E WASHINGTON STREET**
**PETERSBURG, VA 23803**

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . . .   **3 %**

FOR IRS USE ONLY

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **510.** | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items **A          -16.** |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

*See attached statement for additional information.

**SHAREHOLDER 2**

SPSA0412L  12/15/09